| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | G. ROSS ALLEN (State Bar No. 262968) |
| 2 | 1080 Marsh Road |
| | Menlo Park, CA  94025 |
| 3 | Telephone:  (650) 326-2400 |
| | Facsimile:  (650) 326-2422 |
| 4 | Email:  grallen@kilpatricktownsend.com |
| 5 | STEVEN D. MOORE (*pro hac vice*) |
| | 1001 West Fourth Street |
| 6 | Winston-Salem, NC  27101-2400 |
| | Telephone:  (336) 607-7300 |
| 7 | Facsimile:  (336) 607-7500 |
| | Email:  smoore@kilpatricktownsend.com |
| 8 | |
| | Attorneys for Defendant |
| 9 | BLUE SKY NETWORK, LLC |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE SKY NETWORK, LLC, a Delaware Limited Liability Company; JET AIRWAYS OF INDIA, INC., a California Corporation; GTX CORP, a Nevada Corporation; INTHINC TECHNOLOGY SOLUTIONS, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV 11 4479 SBA<br><br>**[PROPOSED] ORDER GRANTING BLUE SKY NETWORK, LLC'S ADMINISTRATIVE MOTION TO STAY DISCOVERY PENDING MEDIATION** |

The Court has discretion to control the course of proceedings before it." *United States v. Oregon*, 913 F.2d 576, 587 (9th Cir. 1990).  "Rule 6(b) commits to the district court's discretion the decision to enlarge the time in which a party must perform an act required or allowed by the Federal Rules of Civil Procedure." *Jenkins v. Commonwealth Land Title Ins. Co.*, 95 F.3d 791, 795 (9th Cir. 1996).  Under the Court's "inherent, discretionary power to control its proceedings," this Court grants Defendant Blue Sky Network, LLC's Administrative Motion to Stay Discovery Pending



1  Mediation to "promote economy of time and effort for itself, for counsel, and for litigants." *See*
2  *Roderick v. Mazzetti & Assocs., Inc.*, 2004 WL 2554453, at *3 (N.D. Cal. Nov. 9, 2004).

3        Therefore, the Court, having reviewed the submissions and briefing of the parties, and good
4  cause appearing therefore,

5        IT IS HEREBY ORDERED THAT Defendant Blue Sky Network, LLC's Administrative
6  Motion to Stay Discovery Pending Mediation is GRANTED.

7        It is further ORDERED that the parties' discovery and Patent Local Rule obligations are
8  stayed until the completion of the Court-ordered mediation (Dkt. No. 39).

11  DATED: _____

      Honorable Saundra B. Armstrong
12        United States District Judge

